UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
:
:
In re CONNETICS SECURITIES  :  Case No. 06 CV 11496 (SWK)
LITIGATION
:  <u>CLASS ACTION</u>
:
:
:
------------------------------------- X

### NOTICE OF MOTION BY CONNETICS DEFENDANTS TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA

PLEASE TAKE NOTICE that upon this Notice of Motion; the accompanying Memorandum of Law; the Declaration of Thomas G. Wiggans; the Declaration of C. Gregory Vontz; the Declaration of John Higgins; the Declaration of Lincoln Krochmal; the Declaration of Eugene A. Bauer; the Declaration of Andrew Eckert; the Declaration of Carl B. Feldbaum; the Declaration of Denise M. Gilbert; the Declaration of John C. Kane; the Declaration of Thomas D. Kiley; the Declaration of Leon E. Panetta; the Declaration of G. Kirk Raab; the Declaration of Alexander Yaroshinsky; the Declaration of Scott Morrison, a partner at Ernst & Young, LLP; the Declaration of Dean S. Kristy, and the exhibits attached thereto; such other oral or written submissions as the Court shall entertain; and the papers and pleadings filed in this action, defendants Connetics Corp., Thomas G. Wiggans, C. Gregory Vontz, John Higgins, Lincoln Krochmal, Eugene A. Bauer, Andrew Eckert, Carl B. Feldbaum, Denise M. Gilbert, John C. Kane, Thomas D. Kiley, Leon E. Panetta, and G. Kirk Raab, through counsel, will and hereby do move this Court, before the Honorable Shirley W. Kram, 500 Pearl Street, New York, New

York, Courtroom 15A, at a date and time to be set by the Court, for an order transferring venue of this consolidated action to the Northern District of California pursuant to 28 U.S.C. §1404(a), and for such other further relief as the Court may deem appropriate.

PLEASE TAKE FURTHER NOTICE that pursuant to the February 16, 2007 Stipulation and Order, answering papers shall be served upon the undersigned not later than March 22, 2007.

Dated:  March 2, 2007  
       New York, New York

Respectfully submitted,  
CADWALADER, WICKERSHAM & TAFT LLP

By: /s/ Gregory A. Markel

    GREGORY A. MARKEL (GM-5626)  
    One World Financial Center  
    New York, NY 10281  
    Telephone:  (212) 504-6112  
    Facsimile:  (212) 504-6666

FENWICK & WEST LLP

    DEAN S. KRISTY (DK-6007)  
    KALAMA M. LUI-KWAN (KL-4750)  
    555 California Street, 12th Floor  
    San Francisco, CA  94104  
    Telephone:  (415) 875-2300  
    Facsimile:   (415) 281-1350

Attorneys for Defendants Connetics Corp., Thomas G. Wiggans, C. Gregory Vontz, John Higgins, Lincoln Krochmal, Eugene A. Bauer, Andrew Eckert, Carl B. Feldbaum, Denise M. Gilbert, John C. Kane, Thomas D. Kiley, Leon E. Panetta, and G. Kirk Raab